

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00236-CV

**IN RE** Omar **ELIZONDO**, Ovidio Elizondo, and Dr. Anthony Cynthia Elizondo Aradillas

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Adrian A. Spears II, Justice

Delivered and Filed: April 15, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT; MOTION FOR EXPEDITED CONSIDERATION DENIED AS MOOT

Relators filed their petition for writ of mandamus, emergency motion for temporary relief, and motion for expedited consideration on March 24, 2026. Having considered the petition and motions, we have determined that relators have not established that they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion for temporary relief and the motion for expedited consideration are denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 12,620, styled *Omar Elizondo v. Hilcorp Energy Company*, pending in the 49th Judicial District Court, Zapata County, Texas, the Honorable Walden Shelton presiding.